

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00615-CV

Stallion Production Services, L.P.
v.
Lloyd Kulik

On Appeal from the
24th District Court of DeWitt County, Texas
Trial Court Cause No. 17-04-24,142

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment without regard to the merits, dismisses the appeal, and remands to the trial court. The Court orders the judgment VACATED without regard to the merits, the appeal DISMISSED, and the case REMANDED to the trial court for rendition of the judgment in accordance with the parties' agreement. *See id.* R. 42.1(a)(2)(B), 43.2(e). The supersedeas bond filed by Western Surety Company is released and all obligations thereon are discharged. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

December 10, 2020